**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHRISTOPHER MORAN**                                                                     **PLAINTIFF**

**v.**                              **CASE NO. 5:15CV00137 BSM-JJV**

**ROBERT FRED, Administrator,**
**DeWitt Jail, et al.**                                                                     **DEFENDANTS**

<u>**ORDER**</u>

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been received.  No objections have been filed.  After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED that:

1.      Defendants Cameron Rhodes and Billy Johnson are dismissed without prejudice due to Plaintiff's failure to state a claim upon which relief may be granted against them.

2.      It is certified that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this order would not be taken in good faith.

SO ORDERED this 5th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE